UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GARFIELD WRIGHT,

                          Plaintiff,                        **ORDER**
-against-                                       23-CV-4406 (PKC) (VMS)

T-MOBILE USA, INC.,

                          Defendant.
-------------------------------------------------------------X
PAMELA K. CHEN, United States District Judge:

       On June 13, 2023, Plaintiff Garfield Wright filed this *pro se* action against T-Mobile USA. (Compl., Dkt. 1.) On July 24, 2023, the Court granted Plaintiff's request to proceed *in forma pauperis*, dismissed the Complaint without prejudice for lack of subject matter jurisdiction, and granted Plaintiff leave to amend the complaint within 30 days from the date of the Order. (Dkt. 4.) The Court notified Plaintiff that if he failed to file an amended complaint within the time allowed, judgment dismissing the action would be entered. To date, Plaintiff has not filed an amended complaint or otherwise responded to the Court's Order, and the time for doing so has passed.

       Accordingly, the Clerk of Court is respectfully directed to enter judgment and close this action. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

                                                               SO ORDERED.

                                                               */s/Pamela K. Chen*
                                                               Pamela K. Chen
                                                               United States District Judge

Dated: September 21, 2023
       Brooklyn, New York